CARL D. JACKSON, Doing Business under the Name of C. D. JACKSON AND COMPANY, Appellant, *v.* OTTO VOLKENING, Doing Business under the Name of VOLKENING AND COMPANY, Respondent.

*Jackson v. Volkening*, 81 App. Div. 36, affirmed.
(Argued March 1, 1904; decided March 16, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 19, 1903, reversing a judgment in favor of plaintiff entered upon a verdict directed by the court and granting a new trial.

*Frederick Hulse* and *Ernest F. Eidlitz* for appellant.

*Carlisle Norwood* for respondent.

Order affirmed and judgment absolute ordered for defendant on the stipulation, with costs; no opinion.

Concur: O'BRIEN, BARTLETT, HAIGHT, VANN, CULLEN and WERNER, JJ.   Absent: PARKER, Ch. J.